ADOLPH B. MAYER et al., Respondents, *v.* WALLACE G. RAUDENBUSH, Appellant.

*Mayer* v. *Raudenbush*, 154 App. Div. 937, affirmed.
(Submitted January 14, 1916; decided February 1, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1913, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action upon a judgment recovered in the state of Pennsylvania. It appears by the record of the judgment introduced in evidence that on March 7, 1897, attorneys on behalf of plaintiffs applied for judgment without any process having been served upon defendant, and without any appearance on behalf of defendant, said attorneys presenting thereupon a judgment note payable on demand signed by defendant, wherein defendant authorized any attorney of any court of record of Pennsylvania or elsewhere to appear for and to enter judgment against defendant for the amount of the note, and thereupon the judgment sued upon herein was rendered upon the said note in favor of plaintiffs against this defendant without any such appearance. It appears also by the same record of the Philadelphia judgment introduced in evidence, that after said judgment was rendered certain garnishee proceedings were instituted thereupon by the plaintiffs against two persons named Wolf. In defense of this action defendant in his answer herein pleaded, among other things, that the judgment note was executed and delivered by the defendant to the plaintiffs with the express understanding and agreement that said note or any judgment entered thereupon was to be used *solely* for the purpose of enabling plaintiffs, as agents of this defendant, to institute garnishee proceedings against the two Wolfs, who, at the date of said note, were indebted to defendant, and that, if successful in recovering any moneys from said Wolfs in such garnishee proceedings, plaintiffs were to turn over and account to this defendant

for any moneys so had or received. Upon the trial all testimony tending to establish this defense was ruled out.

*Theodore F. Kuper* for appellant.

*David J. Gallert* and *Walter S. Heilborn* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.